In the Matter of LONG ISLAND WATER CORPORATION, Respondent, v. WALTER G. MICHAELIS et al., Constituting the Board of Zoning Appeals of the Town of Hempstead, Appellants.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.